**RESTRICTED**                                                          **PO# 35**        1

**South Carolina Department of Corrections**

| | |
|---|---|
| **Number:** | **35** |
| **Title:** | **Housing Unit** |
| **Date Issued:** | **March 19, 2018** |
| **Supersedes:** | January 9, 2018 |
| **Approved By:** | **Michael McCall** |
| | **Deputy Director for Operations** |

**POST ORDERS**

---

**AUTHORITY: DEPUTY DIRECTOR FOR OPERATIONS**

**PURPOSE:**  To specify the duties of the Housing Unit Officer in supervising the inmates assigned within the duty post. This officer will maintain inmate accountability, movement, and control within the duty post.

**NOTE:**  **Multi- Threat Vests must be worn at all times by Housing Unit Officers within Level II and Level III Institutions. This Officer will maintain a clear, factual, concise and permanent log of all events to include all staff assigned, all visitors, all equipment/keys assigned, inmate count, all inmate activities conducted, and any other incidents or emergencies related to this unit.**

I.    **DUTIES AND RESPONSIBILITIES:**

The Housing Unit Officer will:

**Shift Change**

A.    Exchange inmate count information as well as any other vital information with the on-coming officer. An inventory of all security equipment will also be performed prior to the shift change.

**Inmate Movement Control**

A.    Prepare the inmates for scheduled activities prior to the execution of that particular activity.

B.    Ensure that all inmates released for activities are properly dressed, groomed, supervised and displaying an SCDC identification card.

C.    Maintain an accurate count of all inmates (i.e., pass books, inmate roster, destination sheets, out-count) etc.

D.    Ensure all releases for controlled movement of inmates occur only as prescribed by the "Institutional Controlled Movement Schedule".

RESTRICTED                                                PO# 35           2

E.    **At Secure Level II and Level III Institutions, all inmates will be searched utilizing a hand-held metal detector/ scanner prior to being released from unit. In the event a hand-held metal detector/ scanner is temporarily unavailable, inmates will be thoroughly frisk searched.**

F.    Ensure inmates who fail to report for required activities without proper authorization will be reported to the appropriate supervisor.

G.    Ensure wing doors are secured except while allowing entry or exit.  In addition to wing doors, all entrance/exit doors, which directly access the yard at level II and III institutions with "Controlled Movement" will be secured no later than 9:30 PM until breakfast release the next morning.  The keys to the entrance/exit doors will be retained by the Yard Officer.  Where applicable, see "Specific Institutional Post Orders" for further information.

**Key Control**

A.    **Maintain Housing Unit keys at <u>all</u> times. Keys will be affixed to an agency key lanyard and secured to the officer's belt. The belt will be threaded through the lanyard ring as per Agency policy and procedure and the keys will be carried inside of the BDU upper pants pocket or approved SCDC Key Pouch. Keys will not be attached to a Karabiner, D-Ring, hook, etc. at any time. At <u>no</u> time will Unit keys be given to inmates.**

B.    **Officers will only possess those keys necessary to access doors, storage, and other security related items within their assigned work area/ wing. Officers will not possess keys which would allow access into other wings within the housing unit or keys which would allow egress from the housing unit during the night shift.**

**Count**

A.    Announce count time and require all inmates to report to their appropriate locations, i.e., cells, work stations, etc.

B.    **PERSONALLY** count and record his/her findings on the count sheet.

C.    Ensure that inmates are counted independently by two (2) employees, during formal/roll call counts.

D.    Tally, verify, call in, and turn over the count sheets to the appropriate supervisor. When the count is clear, normal activities will resume.

II.    <u>**OTHER DUTIES AND RESPONSIBILITIES**</u>:

A.    Randomly frisk search inmates before allowing entrance to or exit from the Unit.

B.    Allow only assigned inmates entrance to the Unit.

**RESTRICTED**                                                                      **PO# 35**           3

     C.      Supervise the inmate workers assigned to clean the Unit.

     D.      Conduct frequent inspections/searches of the Unit/rooms/cells to ensure safety, security and cleanliness as designated in the Specific Institutional Post Order.

     E.      Supervise day room activities.

     F.      Report all incidents to his/her immediate supervisor.

     G.      Distribute over-the-counter medications and document distribution on the Medication Log Sheet.

     H.      Be thoroughly familiar with the institutional evacuation procedures.

     I.      Provide general assistance to inmates assigned to his/her Unit regarding agency or institutional questions or concerns. The officer may refer inmates with personal problems to an appropriate staff member.

     ***J.***      **During unit/ institutional lock down, due to disturbance or for disciplinary reasons, all cells will remain locked and secured at all times. Cell doors will only be opened and secured, one at a time, for feeding, showers, medical issues, or as directed by the Major or above. When cell doors are opened there must be at least three (3) uniformed security staff members present, one being the rank of Sergeant or above. Two of the uniformed security staff will be present at the cell door when opened and the third will remain a safe distance away and will be armed with an MK-IX chemical munitions canister to be utilized according to manufacturer's instructions, or Ispra chemical munitions dispenser. When activated the third or "Cover Officer" post is not a pull post and should remain in place until the lock down has been cleared.**

**III.**    **<u>GENERAL DUTIES</u>:**

    **A.**      **This officer will remain within sight and sound of the inmates to ensure constant supervision within the living area.**

    **B.**      **When a staff member or visitor enters the unit which is of the opposite sex of the inmates, and there is no other individual of the opposite sex currently present within the housing unit, the staff assigned to the unit will make an announcement of such. This announcement may be made by public address system or by clear and loud voice command that an individual of the opposite sex is in the area. No additional announcements are required as long as the member of the opposite sex is on post. These announcements must be recorded in the unit log book each time they are conducted.**

    **C.**      This officer will be responsible for any other duties as may be assigned by a Supervisor.

RESTRICTED                                                    PO# 35            4

D.    Employees are not permitted to have reading materials on this post other than that which pertains to their duty. There will be no sleeping on this post, consumption of alcoholic intoxicants or other drugs, watching television or listening to commercial radios. Housing Unit Officers may not leave this post until properly relieved.

E.    **Employees assigned to this post are not permitted to possess or utilize any personal electronic devices (i.e. cell phone, black berries, computer, I-Pods, games, blue tooth devices, Fitbit, Cell phone watches, or any combination thereof.).**

Michael McCall
Signature on File

**SPECIFIC INSTITUTIONAL POST ORDERS AS APPROVED AND DATED BY THE WARDEN:**

## SPECIFIC INSTITUTIONAL POST ORDERS APPROVED BY THE WARDEN

LEE CORRECTIONAL INSTITUTION
Supplement to SCDC Post Order #35
Housing Unit

A. Remain thoroughly familiar with Institutional Rules *for Inmates* and maintain continuous compliance.

B. Conduct a thorough cleanliness and sanitation inspection of all inmate rooms and common areas each shift and document discrepancies in the logbook. Notify the Unit Manager and Unit Counselor of maintenance discrepancies or recurring non-compliance of inmates.

C. Log all significant events in the logbook to include security checks, visits by supervisors or officials, incidents, counts, shift changes or reliefs, etc.

D. Conduct routine security checks at a minimum of every thirty minutes and at irregular intervals.

E. Conduct and document a daily inventory of all cleaning supplies and ensure chemicals are properly labeled and all cleaning supplies and equipment are accounted for. Ensure supplies are secured when not in use.

F. Conduct a minimum of two cell searches each shift and document the room numbers searched in the unit log book. Searches resulting in discovery of excess authorized or unauthorized items will be documented on an Incident Report.

G. Only relieving officers, uniformed security supervisors, associate warden, warden, and maintenance employees are permitted in the officer's station or unit control room (Richland). Inmates are not permitted to enter the officer's station or unit control room (Richland). The Control Room Officer in Richland Unit will ensure no inmates are in the area before the door to the control room is opened.

H. At the beginning of each shift, conduct an emergency phone check with the Control Room. Report discrepancies to the immediate supervisor and complete an Incident Report.

I. Conduct a thorough search and inspection of the unit recreation field before and after the area is opened for inmate use to ensure no contraband is in the area and that fences are free of holes, cuts, etc. Report any deficiencies to the unit and/or shift supervisor prior to allowing inmates to use the area.

J. Ensure inmates are physically occupying their assigned cell and bed. Discrepancies will be reported on an Incident Report and the inmate charged with Out of Place.

K. Ensure dead bolt locks to inmate cell doors are secured (locked) at all times, whether the inmate is inside or outside of his cell. Inmate cell doors should only be opened one at a time and only for as long as it takes for an inmate to enter or leave his cell. The following guidelines will apply.

   1. Ensure when opening a cell door for an inmate that he is the inmate assigned to that cell by consulting the dorm roster and comparing it to the inmate's ID Card. Cell doors should only be opened for the inmate(s) assigned to that cell.

   2. As a general rule, cell doors will be opened at an inmate's request once an hour on the hour during times when inmates are permitted to be out of their cells. Inmates identified by medical with a special medical need should be provided exception to this hourly opportunity.

Post Order #35
Page 2

3. Inmates involved in the following activities should be given priority consideration and may require the opening of their cell doors at times other than as specified at Paragraph 2 above, or as specified in the controlled movement schedule:
- Reporting to work/school/programs
- Reporting to visitation for a visit
- Reporting to or returning from the canteen
- Reporting to the cafeteria for meals
- Reporting to sick call, pill line, or medical appointments
- Reporting to Orders-to-Report (OTR)
- Newly arriving inmates
- Showering (especially inmates returning from work in the cafeteria, maintenance, horticulture)
- Room Cleaning (more than one door may be open when authorized by the unit lieutenant to perform this task).

L. Inmates are not to be permitted to enter a unit or wing except the one they are assigned to. The only exceptions are for F-5 unit where pod-to-pod visiting is allowed and for inmate maintenance workers with a valid work order.
   1. Wing doors are to remain locked at all times except when allowing inmates to enter or exit during authorized movement.
   2. Wing doors in F-2 & F-4 will be opened one at a time for one movement activity at a time.

M. Coordinate/communicate all inmate movement in/out of the unit to/from all activities with the yard officer verifying the number of inmates departing/arriving at the unit. If a wheelchair inmate needs to go to medical other than for pill line, contact medical staff who will send an inmate hospice worker to assist the inmate to medical and back to the unit.

N. Prior to allowing an inmate to exit the dorm/unit the officer will conduct a sweep of the inmates with the hand held metal detector.

O. When the inmate(s) are entering the dorm/unit the officers will conduct a sweep of the inmate(s) with the hand held metal detector as well as a frisk search of the inmate(s).

P. Whenever the hand held metal detector is not in use, it will be secured to officer's person.

Q. Officers will maintain housing unit keys at all times. Keys will be affixed to an agency key lanyard and secured to officer's belt. The belt will be threaded through the lanyard ring as per agency policy and procedure. In addition, the keys will be placed inside a key pouch. The key pouch will be secured to the officer's belt by threading the belt through the belt loop of the key pouch. At no time will unit keys be given to inmates.

R. **The front exit doors will be secured at all times and the keys to these doors are never permitted inside the unit.**

S/ _____
Aaron Joyner, Warden

Reviewed/Revised

S/ _____
Aaron Joyner, Warden

Reviewed/Revised

S/ _____
Aaron Joyner, Warden

UNIT SPECIFIC INSTITUTIONAL POST ORDERS

F-6 Unit & F-4 Unit B Wing:
If an inmate is in their room in F-6B (Better Living Incentive Community (BLIC) Dorm), the door will be left unlocked. If no inmate is in the room, the officer will lock the door as they are making their rounds.

Inmates go in their room for count time but the door will not be locked. Once two officers or a supervisor have counted the inmates, they will be allowed to come out of their room. If there is a re-count, inmates will report back to their room, the doors will be locked and remain locked until count clears.

**RESTRICTED**                                    **PO# 37**              1

| | |
|---|---|
| **Number:** | **37** |
| **Title:** | **Medium Custody Housing Unit (Movement Control Officer)** |
| **Date Issued:** | **March 19, 2018** |
| **Supersedes:** | January 9, 2018 |
| **Approved By:** | **Michael McCall Deputy Director for Operations** |

**POST ORDERS**

---

### AUTHORITY: DEPUTY DIRECTOR FOR OPERATIONS

**PURPOSE**: To specify the duties of the Housing Unit Officer in supervising the inmates assigned within the duty post, and in maintaining inmate accountability, movement, and control within the duty post.

**NOTE**: **Multi- Threat Vests must be worn at all times by all Medium Custody Housing Unit Officers. This officer will serve in the capacity of a non-contact Cover Officer and will be equipped with an MK-IX chemical munitions canister to be utilized according to manufacturer's instructions, or at the direction of the Warden, an ISPRA. This officer will serve as a Cover Officer for the Medium Custody Housing Unit Wing Officer (Contact Officer). When cells doors are unlocked/ opened, there must be a minimum of two (2) uniformed security staff present. The Contact Officer will operate the cell door locks and the Cover Officer will remain a safe distance with the MK-IX chemical munitions canister to ensure the safety of the Contact Officer and compliance with all orders or movement.**

* **In the event of an assaultive, combative, or non-compliant inmate(s), the cover Officer will administer the minimum amount of chemical munitions needed to gain compliance, ensure the safety of the staff, and maintain control of the unit. The Cover Officer will not become physically engaged with inmates unless absolutely necessary as this will diminish the level of security desirous of this post.***

### I.    DUTIES AND RESPONSIBILITIES:

This Officer will:

A. Observe and monitor the entry/ exit of all inmates and employees entering and exiting the unit.

RESTRICTED                                                          PO# 37                 2

    B. **Ensure that all releases for controlled movement of inmates occur only as prescribed by the Institutional Controlled Movement Schedule and SCDC Policy OP-22.08, "Controlled Movement".**

    C. **Ensure that inmates do not congregate in common areas of the unit (e.g., "The Rock", Tier, etc.) unless involved in an authorized and properly supervised activity.**

    D. **Allow only assigned inmate(s) entrance to the Medium Custody Housing Unit.**

    E. **Assist Contact Officer in supervision of inmates assigned to clean the Medium Custody Housing Unit.**

    F. **Assist the Contact Officer with all inmate movement to include work, meals, recreation, education, visitation, medical, religious programs, orders to report, etc.**

    G. **Monitor the opening and closing of all cell doors by Contact Officer.**

    H. **Ensure that all inmates released for activities are properly dressed, groomed, SCDC Inmate ID card properly displayed, and properly supervised.**

    I. **Assist Contact Officer with count by observing from a safe distance.**

    J. **Remain thoroughly familiar with the institutional emergency and evacuation procedures.**

II. **GENERAL DUTIES:**

    A. This officer will be responsible for any other duties as may be assigned by a Supervisor, **however this officer will remain within sight and sound of the inmates to ensure constant supervision within the living area and WILL NOT be pulled from this post for purpose of assignment elsewhere or any other reason.**

    B. **When a staff member or visitor enters the unit which is of the opposite sex of the inmates, and there is no other individual of the opposite sex currently present within the housing unit, the staff assigned to the unit will make an announcement of such. This announcement may be made by public address system or by clear and loud voice command that an individual of the opposite sex is in the area. No additional announcements are required as long as the member of the opposite sex is on post. These announcements must be recorded in the unit log book each time they are conducted.**

    C. Employees are not permitted to have reading materials on this post other than that which pertains to this duty. There will be no sleeping on this post, consumption of alcoholic intoxicants or other drugs, watching television or listening to commercial radios. Housing Unit Officers may not leave this post until properly relieved.

    D. **Employees assigned to this post are not permitted to possess or utilize any personal electronic devices (i.e. cell phone, black berries, computer, I-Pods, games, blue tooth devices, Fitbit, Cell phone watches, or any combination thereof.).**

E.  Keys are to be issued and carried as required by SCDC Policy OP-22.17 "Key Control". Keys are to be worn and maintained on an SCDC numbered lanyard and attached to the innermost belt of the employee. The officer's belt will be threaded through the lanyard ring and the keys will be carried inside of the BDU upper pants pocket or SCDC approved key pouch. Keys will not be attached to a Karabiner, D-Ring, hook, etc. at any time.

Michael McCall
Signature on File

**SPECIFIC INSTITUTIONAL POST ORDERS AS APPROVED AND DATED BY THE WARDEN:**